**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**JONESBORO DIVISION**

**MELISSA NICESCHWANDER**                                              **PLAINTIFF**

V.                    **CASE NO.: 3:13CV00167 JTR**

**CAROLYN W. COLVIN, Acting Commissioner,**
**Social Security Administration**                                          **DEFENDANT**

## JUDGMENT

The decision of Carolyn W. Colvin, Acting Commissioner, Social Security Administration, is remanded for action consistent with the opinion in this case, and judgment is hereby entered in favor of Plaintiff Melissa Niceschwander.

This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

DATED this 23rd day of June, 2014.

_____
UNITED STATES MAGISTRATE JUDGE